FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALBRIDGE ALDINGER LLC, a Michigan corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL VANFOSSEN, an individual,<br><br>　　　　　　　　Defendant. | No.　4:18-CV-05141-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Protective Order Regarding Confidentiality, ECF No. 27-1, and Federal Rule of Evidence 502 order, ECF No. 27-2, are approved and incorporated in this Order by reference. Parties filing documents protected under this Order must follow all applicable procedures.[1]

---

[1] *See* U.S. Dist. Ct. for the E. Dist. of Wash., *Procedures for the Filing of Sealed and Ex Parte Documents for Civil Cases* 6 (Aug. 26, 2015), http://www.waed.uscourts.gov/sites/default/files/electronic_how/Sealed%20Handout%20for%20Civil%20Cases-20150827.pdf.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
2    provide copies to all counsel.
3    **DATED** this 24th day of October 2018.

4
5    _____
     SALVADOR MENDOZA, JR.
     United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 2