UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALBRIDGE ALDINGER LLC, a Michigan corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL VANFOSSEN, an individual,<br><br>　　　　　　　　　Defendant. | NO. 4:18-CV-5141-TOR<br><br>ORDER GRANTING STIPULATED INJUNCTION AND MONETARY AWARD |

BEFORE THE COURT are the Parties' Stipulation for Permanent Injunction and Entry of Confession of Judgment and Defendant Michael Vanfossen's Declaration (ECF Nos. 77, 78). The Court has reviewed the record and files herein, and is fully informed.

Based on the Parties' stipulation, the Court finds that Plaintiff Walbridge has satisfied the four-part test for injunctive relief. First, the Court is persuaded that Defendant Vanfossen's misappropriation of Plaintiff's trade secrets has harmed

ORDER GRANTING STIPULATED INJUNCTION AND MONETARY AWARD~ 1

Plaintiff such that Plaintiff could not be made whole by a monetary award. Second, absent an injunction, Plaintiff stands to suffer further damage should Defendant continue to misappropriate, disclose, or use Plaintiff's trade secrets and confidential information. Finally, the public's interest is served by preventing Defendant from further acts of misappropriation.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Judgment is entered in favor of Plaintiff Walbridge Aldinger and against Defendant Michael Vanfossen in the amount of $50,000.00 (which includes costs and attorney fees) per the Parties' stipulation.

2. Vanfossen is permanently enjoined from using or disclosing Walbridge's trade secrets and/or confidential information.

3. Vanfossen is permanently enjoined from using or disclosing Microsoft's confidential information that he obtained during his Walbridge employment.

4. Within five (5) days of this Order, Vanfossen shall deliver to a neutral third party all flash drives and other external storage devices, as well as the login credentials to his personal Gmail address and any cloud-based storage accounts containing Walbridge's or Microsoft's information or data. The neutral third-party expert will be instructed to search for and delete all Walbridge and Microsoft information in Vanfossen's possession, custody, or control. Walbridge shall bear the costs for the neutral forensic examination.

5. Vanfossen shall immediately notify any current or former attorneys, agents, or employers with whom he shared Walbridge's data that they are to permanently delete/destroy such data and all copies thereof.

6. All pending motions, hearings, deadlines and trial are **VACATED**.

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

**DATED** February 26, 2021.



THOMAS O. RICE
United States District Judge