AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WALBRIDGE ALDINGER LLC, a Michigan corporation<br>*Plaintiff*<br>v.<br>MICHAEL VANFOSSEN, an individual,<br>*Defendant* | Civil Action No.  4:18-CV-5141-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of Plaintiff Walbridge Aldinger and against Defendant Michael Vanfossen in the amount of $50,000.00 (which includes costs and attorney fees).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on the Parties' Stipulation for Permanent Injunction and Entry of Confession of Judgment  (ECF No. 77).

Date:  February 26, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen